🖎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

### APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/  Gregory T. Murphy

_____        _____
Date                               Signature

                                   _____
                                   Print Name                    Bar Number

                                   _____
                                   Address

                                   _____
                                   City          State           Zip Code

                                   _____
                                   Phone Number                  Fax Number

**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Richard Allen Kight

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ1929 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| RICHARD ALLEN KIGHT, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Robert E. Schroth, Jr.
robschrothesq@sbcglobal.net,gershtheman@yahoo.com

Respectfully submitted,

DATED:        June 26, 2008            /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
                                       Federal Defenders of San Diego, Inc.
                                       Attorneys for Richard Allen Kight